of certiorari to the Court of Claims denied. *Messrs. J. Marvin Haynes, Robert H. Montgomery,* and *Thomas G. Haight* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Charles R. Pollard* for the United States.

No. 101. YORK SAFE & LOCK CO. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messers. J. Marvin Haynes, Robert H. Montgomery,* and *Thomas G. Haight* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Charles R. Pollard* for the United States.

No. 208. GRANITEVILLE MFG. CO. *v.* UNITED STATES; and

No. 209. NATIONAL EQUIPMENT CO. *v.* SAME. October 13, 1930. Petition for writs of certiorari to the Court of Claims denied. *Messrs. Homer Hendricks* and *J. Robert Sherrod* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Charles R. Pollard* for the United States. Reported below: 39 F. (2d) 746, 757; 69 Ct. Cls. 475, 69 *id.* 549.

No. 232. UNITED STATES EX REL. LELAND *v.* McCARL, COMPTROLLER GENERAL, ET AL. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. James Craig Peacock* and *John W. Townsend* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key,* and *Clarence M. Charest* for respondents.